KM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Raul Ortiz-Quinones,<br><br>                    Petitioner,<br><br>v.<br><br>Unknown Warden of Eloy Detention Center, et al.,<br><br>                    Respondents. | No.    CV-26-03266-PHX-SPL (JZB)<br><br><br>**ORDER** |

Self-represented Petitioner Carlos Raul Ortiz-Quinones filed this action under 28 U.S.C. § 2241 challenging his immigration detention and has paid the filing fee.

**I.     Petition**

In his Petition, Petitioner names the following Respondents: the Warden of the Eloy Detention Center, United States Department of Homeland Security (DHS), United States Immigration and Customs Enforcement (ICE), and the Attorney General of the United States.

On an unspecified date, Petitioner entered the United States seeking asylum. Petitioner was issued an Employment Authorization Document that is valid through 2029, and has an immigration court hearing scheduled for 2029.  (Doc. 1 at 11.)  On April 23, 2026, Petitioner was detained by immigration officials.  Petitioner states he was a passenger in a car, was not engaged in criminal activity, has no history of violence, and has complied with immigration requirements. (*Id.* at 122-12.) Petitioner asserts his detention is arbitrary,

not mandatory, and violates his right to due process under the Fifth Amendment. He also alleges he is not a flight risk or a danger to the community.

**II.    Discussion**

**A.    Respondents**

The Court will dismiss DHS and ICE as improper Respondents. *See Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024). The Court will substitute Eric Rokosky for Respondent Warden of Eloy Detention Center and Todd Blanche for Respondent United States Attorney General.

**B.    Response**

The Court will require Respondents Rokosky and Blanche to respond the Petition. In the response, Respondents must: (1) clarify the status of Petitioner's immigration proceedings; (2) clarify the present basis for Petitioner's detention; (3) address whether Petitioner was previously released, and if so, whether that release created a liberty interest in his release; and (4) if Petitioner is detained pursuant to 8 U.S.C. § 1226(a), address why he has not been provided a bond hearing. Any answer must be supported by documentary evidence including, if applicable, affidavits signed under penalty of perjury by individuals with personal knowledge of the factual statements made therein.

**III.    Warnings**

**A.    Address Changes**

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

**B.    Copies**

Petitioner must serve Respondents, or counsel if an appearance has been entered, a copy of every document he files. Fed. R. Civ. P. 5(a). Each filing must include a certificate stating that a copy of the filing was served. Fed. R. Civ. P. 5(d). Also, Petitioner must

submit an additional copy of every filing for use by the Court.  LRCiv 5.4.  Failure to comply may result in the filing being stricken without further notice to Petitioner.

**IT IS ORDERED:**

(1)    Respondents DHS and ICE are **dismissed** without prejudice.

(2)    The Clerk of Court must **substitute** Eric Rokosky for Respondent Unknown Warden of Eloy Detention Center and Todd Blanche for Respondent United States Attorney General.

(3)    Respondents Rokosky and Blanche must answer the Petition.

(4)    The Clerk of Court must serve a copy of the Summons, the Petition (Doc. 1) and this Order on the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.  The Clerk of Court must also send by certified mail a copy of the Summons, the Petition, and this Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondents pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

(5)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(6)    Respondents must answer the Petition within **20 days** of the date of service. Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(7)    Petitioner may file a reply within **10 days** from the date of service of the answer.

. . . .

. . . .

. . . .

(8)   This matter is referred to Magistrate Judge John Z. Boyle pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 12th day of May, 2026.

Honorable Steven P. Logan
United States District Judge

- 4 -