**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Carlos Raul Ortiz-Quinones, | No. CV-26-03266-PHX-SPL (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Respondents. | |

On May 8, 2026, Petitioner filed his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1.) Petitioner asserts that his immigration detention violates the Fifth Amendment. (*Id.*) The Court directed Respondents to file a Response. (Doc. 3.) In their Response, Respondents state:

> Respondents, through counsel, respond to the Petition for Writ of Habeas Corpus, (Doc. 1), and the Court's Order to Show Cause (Doc. 3). At this time, Respondents do not oppose Petitioner's request for release on conditions that existed before the current detention period.

(Doc. 8.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for immediate release from U.S. Department of Homeland Security ("DHS") custody.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **GRANTED** as to his request for immediate release from DHS

custody.

**IT IS FURTHER ORDERED** that Respondents shall **IMMEDIATELY** release Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within **48 HOURS** of releasing Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 1st day of June, 2026.

Honorable Steven P. Logan
United States District Judge

- 2 -